UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-48-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO UNSEAL INDICTMENT |
| | ) | |
| JESUS RODRIGUEZ-ROBLEDO | ) | |

Upon motion of the United States of America, and for good cause shown, the above captioned case is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 4 day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE